IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOHN WILLIAM SCHARNHORST, III**                                                             **PLAINTIFF**

V.                                             **CASE NO. 5:22-CV-5232**

**SHERIFF CANTRELL;**
**MAJOR RANDALL DENZER;**
**CAPTAIN NOLAN AKE;**
**CORPORAL TOM MULVANEY;**
**DANIEL GIERTZ; LIEUTENANT A. ARNOLD;**
**and CAPTAIN KEVIN EAST**                                                             **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 69) filed in this case on March 11, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and Plaintiff's Motion for Contempt (Doc. 63) is **DENIED**.

**IT IS SO ORDERED** on this 29th day of March, 2024.

                                                  */s/ Timothy L. Brooks*
                                                  TIMOTHY L. BROOKS
                                                  UNITED STATES DISTRICT JUDGE